UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

WILLIAM L. GALE,

                Defendant.

CASE NO. 19-603 BAT

**DETENTION ORDER**

The Court conducted a detention hearing under 18 U.S.C. § 3142(f), and finds there are no conditions defendant can meet which would reasonably assure his appearance as required or the safety of any other person and the community.

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

Defendant is charged with felon in possession of a firearm. He has prior felony convictions for unlawfully possessing firearms and the current offense was allegedly committed while he was on state supervision for a prior conviction. Defendant also has substance abuse and mental health problems.

It is therefore **ORDERED**:

(1)     Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

DETENTION ORDER - 1

(2)     Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)     On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 13th day of January, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge